UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| GEORGE POOLE, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Case No. 4:04CV01284 AGF |
| CHRIS CASSADAY, et al., | ) ) ) |
| Defendants. | ) |

## JUDGMENT

Pursuant to the Memorandum and Order issued herein on this day and the Memorandum and Order issued herein on January 11, 2006,

**IT IS HEREBY ORDERED, ADGUDGED, and DECREED** that judgment is entered on behalf of Defendants and against Plaintiff on all federal claims in Plaintiff's complaint.

**IT IS FURTHER ORDERED** that any state law claims asserted by Plaintiff are dismissed without prejudice.

_____
AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE

Dated this 17th day of February, 2006.